United States District Court
Southern District of Texas
**ENTERED**
January 29, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALEJANDRA SIERRA RIVERA, § <br> A# 045 145 056 § <br> § <br> Petitioner, § <br> § <br> vs. § <br> § <br> BRET BRADFORD, Houston Field § <br> Office Director, U.S. Immigration and § <br> Customs Enforcement and Removal § <br> Operations, *et al.*, § <br> § <br> Respondents. § | CIVIL ACTION NO. H-26-384 |

## ORDER

The respondents have filed a motion requesting an extension of time until **February 4, 2026**, to respond to the pending § 2241 petition. (*See* Docket Entry No. 8). The motion is unopposed. (*See id.*). The motion (Docket Entry No. 8) is granted.

SIGNED on January 29, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge